# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                    Case No: 6:14-cv-1534-Orl-22TBS

**JASON P. STINSON,**

    **Defendant.**

## ORDER

This cause is before the Court on the Unopposed Motion for Relief from Court Order pursuant to Fed.R.Civ.P. 60 (Doc. No. 230) filed on May 2, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed May 3, 2017 (Doc. No. 231), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Unopposed Motion for Relief from Court Order pursuant to Fed.R.Civ.P. 60 is hereby GRANTED.

3.    Stinson may comply with Paragraph E of the Order of Permanent Injunction (Doc. No. 221, p.42) by publishing a legal notice in a format approved by counsel for Plaintiff, or by the court prior to publication, in newspapers of general circulation located in: Tampa, Florida; Augusta, Georgia; Albany, Georgia; Birmingham, Alabama; Raleigh, North

Carolina; and Greenville, North Carolina within thirty (30) days of the date of this Order. Each notice shall be published for seven consecutive days.

4. Stinson shall file with the Court, copies of the proofs of publication he receives from each newspaper which publishes the notice. The proofs shall be filed within 14 days of Stinson's receipt of same.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record